Submitted on record and appellant's brief July 15, reversed August 1, 1977

In the Matter of Russell Jay Zander, a Child.
STATE ex rel JUVENILE DEPARTMENT
OF MARION COUNTY, *Respondent,*

*v.*

ZANDER, *Appellant.*
(No. 17088, CA 8072)
566 P2d 1225

Gilbert B. Feibleman, and Goodenough & Pierson, Salem, filed the brief for appellant.

James A. Redden, Attorney General, and W. Michael Gillette, Solicitor General, Salem, appeared for respondent.

Before Schwab, Chief Judge, and Thornton and Tanzer, Judges.

PER CURIAM.

**PER CURIAM.**

The state confesses error.

Reversed.